entirely upon the defendant's statement.    The evidence
is directly to the contrary.

JOHN R. COOPER, for plaintiff in error.
W. H. FELTON, Jr., solicitor-general, *contra*.

---

## DAVIS *v.* THE STATE.

The indictment having been found at the November term, 1891, and
the State having proved by one of its own witnesses that the
offence was not committed at all, and by another that, if com-
mitted, it was at some indefinite time in 1892; the verdict was not
warranted by the evidence.          *Judgment reversed.*
April 10, 1893.

Indictment for fornication.    Before Judge WILLIS.
City court of Columbus.    October term, 1892.

The charge was, that Gertrude Davis, a single woman,
on the 12th of October, 1891, did commit fornication
with George Coleman, a single man.    The indictment
was found at the November term, 1891.    The defendant
was convicted.; a new trial was denied, and she excepted.

The evidence was as follows : A policeman testified
that "on or about ————, 1892," he found the defend-
ant in George Coleman's house in Columbus, in bed
with a Mother Hubbard dress on ; woke her and arrested
her.    George Coleman also was in the room, in his
night-clothes; no one else.    The door was shut.    It was
about one o'clock in the day.    Only one bed in the
room ; no pallet.    That is all the witness knew about it.
He did not know whether defendant or Coleman either
were married or single.    Coleman testified, that he was
a single man; never had sexual intercourse with defend-
ant; "had not been with her nor done nothing to her."

A. A. DOZIER and H. C. CAMERON, for plaintiff in error.
T. Y. CRAWFORD, solicitor, by W. A. TIGNER, *contra*.